UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: BITTORRENT ADULT FILM
COPYRIGHT INFRINGEMENT CASES

**NOTICE AND ORDER TO SHOW CAUSE TO JOHN DOE DEFENDANT**
Civil Action Nos. 12-1147(JS)(GRB); and 12-1154(ADS)(GRB)

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that (1) pursuant to a complaint which has been filed with the Court, a copy of which is enclosed herewith, plaintiff is seeking to pursue civil claims for copyright infringement against you;

(2) you have been identified by Cablevision to the Court as the individual associated with an IP address described in the complaint;

(3) that pursuant to this Court's Order of May 1, 2012, a copy of which is enclosed, the Court has denied plaintiff's request to discover your identity pending a hearing at which you shall appear with or without an attorney, at which the Court will advise you of certain rights in connection with this matter, and allow you an opportunity to be heard; and

(4) you have the right to be represented by counsel of your choice at your own expense, or you may appear on your own behalf. If you cannot afford counsel to represent you, you do **not** have the right to court-appointed counsel because this is a civil matter; however, the Court **may** request that *pro bono* (volunteer) counsel confer with you and, if appropriate, ask *pro bono* counsel to represent you in this matter.

**IT IS HEREBY ORDERED THAT YOU SHALL APPEAR AT A HEARING BEFORE THE UNDERSIGNED AT THE UNITED STATES DISTRICT COURT IN CENTRAL ISLIP, NEW YORK, COURTROOM NO. 840, ON SEPTEMBER 20, 2012 at 2:00 p.m., TO SHOW CAUSE WHY YOUR IDENTITY SHOULD NOT BE PROVIDED TO PLAINTIFF'S COUNSEL. UPON YOUR FAILURE TO APPEAR, THE COURT MAY, IN ITS DISCRETION, PROVIDE YOUR IDENTITY TO PLAINTIFF'S COUNSEL IMMEDIATELY.**

The Clerk of the Court shall serve a copy of this Order via certified mail, return receipt requested upon defendant John Doe 1 in each action, whose names and addresses appears on the sealed attachment. A copy of this Order shall be provided, without the sealed attachment, to counsel for the plaintiff via ECF and by mail to counsel for Cablevision.

Dated: Central Islip, New York
       August 10, 2012

                                          /s/ Gary R. Brown
                                          GARY R. BROWN
                                          United States Magistrate Judge

Cc: Counsel for Plaintiffs Malibu Media, LLC and Patrick Collins, Inc.:

Jason Aaron Kotzker, Esq. (via ECF)
Kotzker Law Group
9609 S. University Blvd. #632134
Highlands Ranch, Colorado   80163


Counsel for non-party Cablevision Systems Corporation (via mail)

David Ellen, General Counsel
1111 Stewart Avenue
Bethpage, NY 11714-3581
Attn: John Ma, paralegal