# COMPOSITE EXHIBIT A

## EASTERN DISTRICT OF NEW YORK

*Malibu Media, LLC v. John Does 1-11*, Case No. 2:12-cv-01153-JFB-ARL
- Dkt. 4 – Order granting Plaintiff's Motion for Leave as to Doe 1 only. Plaintiff only allowed to request name and physical address for Defendant. Subpoena complied with the Court's order. See attached subpoena.

*Malibu Media, LLC v. John Does 1-13*, Case No. 2:12-cv-01156-JFB-ETB
- Dkt. 5 – Order granted Plaintiff's Motion for Leave as to all Defendants. After first Motion to Quash was filed, Court stayed Plaintiff's subpoena, pending resolution of MTQ, and directed Plaintiff to serve a copy of the order on the ISPs, Dkt. #10. Verizon had already complied with Plaintiff's subpoena, so Plaintiff filed a notice with the Court so stating, Dkt. #14. The Court ordered Plaintiff to file Verizon's response under seal and destroy any Defendant information in its possession [Dkt. #16], and Plaintiff complied with the Court's order within 3 business days, Dkt. #18.

## SOUTHERN DISTRICT OF NEW YORK

*Malibu Media, LLC v. John Does 1-5*, Case No. 1:12-cv-02950-JPO
- Dkt. 7 – Order granting Motion for Leave as to all Defendants. Plaintiff allowed to request name, physical address, e-mail address and Media Access Control (MAC) Address. Plaintiff's subpoena complied with Court order. See attached subpoena.

*Malibu Media, LLC v. John Does 1-7*, Case No. 1:12-cv-02955-PAE
- Dkt. 8 – Order granting Motion for Leave as to all Defendants. Plaintiff only allowed to request Defendants' names, addresses, email addresses and MAC Addresses. Plaintiff's subpoena was in compliance with Court's order. See attached subpoena.

*Malibu Media, LLC v. John Does 1-14*, Case No. 1:12-cv-04136-LLS
- Dkt. 5 – Order granting Motion for Leave as to John Doe 1. Plaintiff was allowed to request names, address and MAC Address. The Court ordered that the subpoenas were to be returnable to the Court. Plaintiff's subpoena complied with the Court's order. See attached subpoena.